CHARLES J. TRAINOR, Respondent, v. EDWARD I. GOODRICH and Another, as Executors, etc., Appellants.— Order reversed, with ten dollars costs and

disbursements, and motion granted · on conditions stated in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.